# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **LINCOLN BENAVIDES,** | ) | Civil Action No. 7:15cv00227 |
| Petitioner, | ) | |
| | ) | **FINAL ORDER** |
| v. | ) | |
| | ) | By: Norman K. Moon |
| **CHRISTOPHER ZYCH,** | ) | United States District Judge |
| Respondent. | ) | |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that respondent's motion for summary judgment (Docket No. 10) is **GRANTED** and this matter is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

**ENTER**: This 9th day of January, 2017.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE